PAUL DAVIS, Respondent, v. MARY A. KEATING and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of WILLIAM J. JAHRLING, Respondent, v. FOREMOST BUTTER AND EGG CORPORATION, Appellant.— Judgment reversed and the information dismissed, on the authority of *People* v. *Timmerman* (79 App. Div. 565). Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE NATIONAL CITY BANK OF NEW YORK, Appellant, v. ROSE N. KIAMIE, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHICAGO TITLE AND TRUST COMPANY, Appellant, v. WILLIAM FOX, Respondent, Impleaded with Others.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHICAGO TITLE AND TRUST COMPANY, Appellant, v. WILLIAM FOX, Respondent, Impleaded with Others.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHICAGO TITLE AND TRUST COMPANY, Respondent, v. WILLIAM FOX, Respondent, Impleaded with ALBERT H. WIGGIN and Others, Appellants, and FOX THEATRES CORPORATION and Others, Defendants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARIE ANTOINE, Respondent, v. ZOTOS CORPORATION, Appellant, Impleaded with Others.— Order modified by eliminating paragraph 5 of the notice of examination, and as so modified affirmed, without costs. (See *Drake* v. *Herrman*, 261 N. Y. 414.) The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. NORTHWEST FIFTH AVENUE AND TWENTY-SEVENTH STREET CORPORATION and WILLIAM MEDINA, Respondents.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [145 Misc. 778.]

THE HOLLY HOTEL COMPANY, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [147 Misc. 861.]

JAMES J. WALSH, Respondent, v. CHARLES A. JUDGE and Others, Defendants, Impleaded with ALEX KELSO and Others, Appellants.*— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Finch, P. J., and O'Malley, J., dissent and vote for reversal and a new trial unless plaintiff stipulates to reduce the verdict to $5,000.

BEN B. MITTLER, Appellant, v. NEW YORK EVENING JOURNAL, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

VICTOR FULLAM and MARGARET FULLAM, Respondents, v. GENSER TRUCKING COMPANY, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiffs stipulate to reduce the verdict

---

* Revd., 263 N. Y. 136.